IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHEAP ROM, | ) |
| *Petitioner*, | ) Case No. 3:25-cv-00173 |
| v. | ) Magistrate Judge Kezia O. L. Taylor |
| LEONARD ODDO, et al., | ) |
| *Respondents*. | ) |

## MEMORANDUM ORDER

Petitioner Pheap Rom ("Petitioner") has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his immigration detention by the United States Department of Homeland Security Immigration and Customs Enforcement ("ICE"). As relief, Petitioner asks this Court for an order directing his release from ICE detention.

Respondent has notified the Court that Petitioner was removed from the United States on or about October 6, 2025. In the context of federal habeas corpus petitions brought by immigration detainees challenging their detention, the deportation or removal of the petitioner renders the action moot. *See e.g.*, *Lindaastuty v. Attorney General*, 186 F. App'x 294, 298 (3d Cir. 2006). Because Petitioner is challenging only his detention and is no longer in immigration detention, his Petition is now moot.

AND NOW, this 8th day of December, 2025, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 5, is DISMISSED as moot. The Clerk of Court is directed to mark this case CLOSED.

/s/ Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge

Cc:    Pheap Rom
A027-747-392
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA  16866

Counsel for Respondents
(Via CM/ECF electronic mail)